1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10  JUAN TOWLE, on behalf of himself and all other aggrieved non-exempt employees, | CASE NO. 18cv83-LAB (JLB) |
| 11                                       Plaintiff, | **ORDER GRANTING CONTINUANCE** |
| 12  vs. | |
| 13  CUMMINS PACIFIC, LLC, et al., | |
| 14                                       Defendants. | |

15        Cummins Pacific asks to continue the hearing date on Juan Towle's motion for class

16 certification set for August 6, 2018. Pacific says it needs more time for depositions, rebutting

17 expert opinions, and it's only fair since the Court granted Towle a six-week continuance to

18 file his motion. Towle didn't offer any compelling reasons why an extension would unfairly

19 prejudice him. Pacific's shown good cause. The continuance is granted. Fed. R. Civ. P. 6(b).

20        The hearing is moved to the next available date: September 17, 2018 at 11:30 am.

21 The opposition is due September 3, and the reply is due September 10. Towle's opposition

22 also asked for more time to depose Pacific's experts, but didn't explain who he wanted to

23 depose, or why he needed more time. The Court doesn't foresee a problem with that request

24 as long as it doesn't affect the new briefing schedule. Towle should confer with Pacific and

25 attempt to resolve the issue informally. If Pacific disagrees, then he should file a motion

26 explaining his specific request in greater detail.

27        **IT IS SO ORDERED**.

28 Dated: July 16, 2018

_Larry A. Burns_

**HONORABLE LARRY ALAN BURNS**
United States District Judge