# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN TOWLE, on behalf of himself and all other aggrieved non-exempt employees,<br><br>Plaintiff,<br><br>vs.<br><br>CUMMINS PACIFIC, LLC, et al.,<br><br>Defendants. | CASE NO. 18cv83-LAB (JLB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [Dkt. 85]** |

The parties' joint motion to dismiss is **GRANTED**. Dkt. 85. This action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees. FRCP 41(a). All other pending motions are **DENIED AS MOOT**. The clerk is directed to close the case.

**IT IS SO ORDERED**.

Dated: May 17, 2019

*Larry A. Burns*
**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge